Priority Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
FEB 14 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EDWARD SHELBY TOLBERT,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RICHARD KIRKLAND, Warden,<br><br>　　　　Respondent. | No. EDCV 06-321-JFW (RCF)<br><br>JUDGMENT |

　　Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied with prejudice.

Dated: 2/14/08

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE